### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

MAHMOUD ABDELAZIZ,
individually and on behalf of a
class of others similarly situated,

        Plaintiff,                           CASE NO. 0:19-cv-60434-WPD

v.

CAPIO PARTNERS, LLC,

        Defendant.

_____/

### DEFENDANT, CAPIO PARTNERS, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Capio Partners, LLC ("Capio"), hereby moves for a 14-day extension of time for Capio to respond to plaintiff's Complaint, and states:

1.      Capio's current deadline to respond to the complaint is currently April 2, 2019.

2.      Counsel for Capio requests additional time to investigate the file materials and confer with the client in order to draft an appropriate responsive pleading to the putative class action complaint. In addition, the extension will allow the parties the time necessary to engage in meaningful and good faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

3.      Plaintiff, through counsel, has agreed to allow Capio an extension of time through and including April 16, 2019 to respond to the complaint.

1

4.      This request for an extension of time is not made for any improper purpose

and will not prejudice any party or the orderly administration of the case.

5.      Plaintiff recently filed this case and no substantive activities have occurred.

There are no pending motions before the Court.

WHEREFORE, Defendant, Capio, respectfully requests the Court grant it an

extension through and including April 16, 2019 to respond to the complaint, and for such

other relief as this Court deems proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with the Court's Local Rule 7.1(a)(3), counsel for Capio conferred

with counsel for plaintiff, and is authorized to represent that plaintiff agrees to the relief

sought.


Respectfully submitted,

/s/ Erik J. King
Erik J. King, Esq.
Florida Bar No. 1011805
Rachel A. Morris, Esq.
Florida Bar No. 91498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2469
Facsimile: (877) 334-0661
eking@sessions.legal
rmorris@sessions.legal
dvanhoose@sessions.legal
*Attorneys for Defendant,*
*Capio Partners, LLC*

2

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of April 2019, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
jibrael@jibraellaw.com

*/s/ Erik J. King*
Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MAHMOUD ABDELAZIZ,
individually and on behalf of a
class of others similarly situated,

             Plaintiff,                      CASE NO. 0:19-cv-60434-WPD

v.

CAPIO PARTNERS, LLC,

             Defendant.

_____/

**ORDER GRANTING DEFENDANT CAPIO PARTNERS, LLC'S SECOND**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

       **THIS CAUSE**, having come before the Court on Defendant, Capio Partners, LLC

("Capio")'s Second Unopposed Motion for Extension of Time to Respond to Complaint,

it is

       **ORDERED AND ADJUDGED** that Capio's Second Unopposed Motion for

Extension of Time to Respond to Complaint is **GRANTED** and the new deadline for Capio

to respond to Plaintiff's complaint is April 16, 2019.

       **DONE AND ORDERED** this ___ day of _____ 2019.

                                      _____
                                      JUDGE